UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PERRY L. SMART, an individual; WANDA CLARK, an individual; MORGAN JONES FUNERAL HOME, INC., a corporation; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00422-KJM-AC<br><br>Hon. Kimberly J. Mueller<br>Magistrate Judge: Allison Claire<br><br>**[PROPOSED] ORDER GRANTING PRIMERICA LIFE INSURANCE COMPANY'S MOTION FOR LEAVE TO DEPOSIT INTERPLEADER FUNDS INTO COURT REGISTRY**<br><br>[L.R. 150; Fed. R. Civ. P. 67]<br><br>Complaint filed: March 9, 2021 |

The Court finds good cause and GRANTS Plaintiff in Interpleader Primerica Life Insurance Company's ("Primerica") Motion for Leave to Deposit Interpleader Funds Into Court Registry. The Court hereby orders and directs the Clerk of the United States District Court to accept Primerica's deposit of the funds at issue in the action, to wit, $328,412.50, representing the policy benefit payable under the subject insurance policy ($325,000.00) and interest on the same ($3,412.50), and to deposit said funds in an interest-bearing account pursuant to Local Rule 150 and Federal Rule of Civil Procedure 67.

IT IS SO ORDERED

DATED: May 6, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

1037328\307808959.v1