**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PERRY L. SMART, an individual; WANDA CLARK, an individual; MORGAN JONES FUNERAL HOME, INC., a corporation; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00422-KJM-AC<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER:**<br><br>**1. STRIKING DEFENDANT MORGAN JONES FUNERAL HOME, INC.'S ANSWER TO COMPLAINT (DOC. NO. 11); AND**<br><br>**2. DIRECTING CLERK TO ENTER MORGAN JONES'S DEFAULT**<br><br>Complaint filed: March 9, 2021 |

Pursuant to the stipulation of the parties, the Court hereby ORDERS as follows:

A.  The Answer to the Complaint filed jointly by defendants Perry L. Smart and Morgan Jones Funeral Home, Inc. (Doc. No. 11) is stricken;

B.  The Clerk of the Court shall promptly enter the default of defendant Morgan Jones Funeral Home, Inc., for failure to respond to the Complaint; and

C.  Defendant Perry L. Smart is granted leave to re-file, and shall re-file, its own Answer to the Complaint within 7 days of this Order.

D.  The Status (Pretrial Scheduling) Conference set for July 22, 2021 is **VACATED** and **RESET** for August 19, 2021 at 2:30 p.m., with the filing of a Joint Status Report due fourteen days prior to the conference.

IT IS SO ORDERED.

DATED: June 23, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE