UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>       Plaintiff,<br><br>  vs.<br><br>PERRY L. SMART, an individual; WANDA CLARK, an individual; MORGAN JONES FUNERAL HOME, INC., a corporation; and DOES 1 through 5, inclusive,<br><br>       Defendants. | Case No. 2:21-cv-00422-KJM-AC<br><br>Hon. Kimberly J. Mueller<br><br>**ORDER RE:**<br><br>**1. DISCHARGE AND DISMISSAL OF PRIMERICA LIFE INSURANCE COMPANY;**<br><br>**2. PARTIAL DISTRIBUTION OF INTERPLEADER PROCEEDS; AND**<br><br>**3. PERMANENT INJUNCTION**<br><br>Complaint filed:  March 9, 2021 |

Pursuant to the stipulation of the parties, the Court hereby ORDERS as follows:

A. Primerica Life Insurance Company ("Primerica") and its agents are discharged from any and all liability with respect to the subject Primerica life insurance policy, number 0490341061;

B. Primerica is awarded $5,228.40 in reasonable attorneys' fees and costs from the stake, and the Clerk of the United States District Court shall issue a check in that amount to "Primerica Life Insurance Company" from the proceeds deposited in Court, to be mailed to Primerica's counsel of record;

C. Defendants-in-Interpleader Perry L. Smart, Wanda Clark, and Morgan Jones Funeral Home, Inc., and each of them and their respective agents, attorneys and assigns, are enjoined and restrained perpetually from instituting any suit at law or equity, or any action of any kind whatsoever, against Primerica or Primerica's agents in any way related to Primerica's life insurance policy number 0490341061 or to the benefit under that policy; and

D. Primerica is dismissed from this action with prejudice.

IT IS SO ORDERED.

DATED: September 16, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

1037328\308269448.v1