UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>PERRY L. SMART, an individual; WANDA CLARK, an individual, MORGAN JONES FUNERAL HOME, INC., a corporation; and DOES 1 through 5, inclusive,<br><br>　　　　　Defendants<br>_____<br><br>PERRY L. SMART,<br><br>　　　　　Cross-Claimant,<br><br>　　vs.<br><br>WANDA CLARK, an individual, MORGAN JONES FUNERAL HOME, INC., a corporation; and DOES 1 through 5, inclusive,<br><br>　　　　　Cross- Defendants<br>_____ | Case No. 2:21-cv-00422-KJM-AC<br><br>Hon. Kimberly J. Mueller<br>Magistrate Judge: Allison Claire<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO DISTRIBUTE DEPOSITED INTERPLEAD FUNDS TO PERRY L. SMART.** |

1

[PROPOSED]ORDER TO DISTRIBUTE DEPOSITED INTERPLEAD FUNDS TO PERRY L. SMART

The Court has granted Defendant Perry L. Smart's ("Smart") motion for default judgment (ECF 47). The Court hereby orders and directs the Clerk of the United States District Court to distribute all funds deposited with the Court by order dated May 6, 2021(ECF 12) to Perry L. Smart at 7433 Troon Way, Sacramento, CA 95822.

    IT IS SO ORDERED

DATED: December 19, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED]ORDER TO DISTRIBUTE DEPOSITED INTERPLEAD FUNDS TO PERRY L. SMART